IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BANDSPEED, LLC, | § | |
| Plaintiff, | § | |
| | § | CASE NO. 1:22-cv-01322-DAE |
| v. | § | |
| ANKER INNOVATIONS LIMITED, | § | |
| Defendant. | § | |

## ORDER

This matter came before the Court upon the Rule 41 Unopposed Motion to Dismiss filed by Plaintiff Bandspeed LLC ("Bandspeed". Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby:

**ORDERED** that all claims asserted by Bandspeed against Defendant Anker Innovations Ltd. ("Defendant") in this action are hereby dismissed **WITH** prejudice.

It is further **ORDERED** that Bandspeed and Defendant shall bear their own costs, expenses, and legal fees in this case.

SIGNED AND ENTERED this 16th day of May, 2023

HON. DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE